NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RYDEX, LTD.,**
*Plaintiff-Appellant*

v.

**FORD MOTOR COMPANY,
MAZDA MOTOR OF AMERICA, INC.
(DOING BUSINESS AS MAZDA NORTH AMERICAN
OPERATIONS),**
*Defendants-Cross Appellants*

**TOYOTA MOTOR SALES, U.S.A., INC.,**
*Defendant-Cross Appellant*

**NISSAN NORTH AMERICA, INC.,**
*Defendant-Cross Appellant*

**AMERICAN HONDA MOTOR CO., INC.,
SUBARU OF AMERICA, INC.,**
*Defendants*

---

2013-1462, 2013-1463

---

Appeals from the United States District Court for the Southern District of Texas in No. 11-CV-0122, Judge Vanessa D. Gilmore.

## JUDGMENT

STAMATIOS STAMOULIS, Stamoulis & Weinblatt LLC, Wilmington, DE, argued for plaintiff-appellant.

DOMINIC FRANCIS PERELLA, Hogan Lovells US LLP, Washington, DC, argued for defendant-cross appellants. Also represented by JASON R. MUDD, Erise IP, P.A., Overland Park, KS. JEFFREY SCOTT PATTERSON, Hartline Dacus Barger Dreyer LLP, Dallas, TX, for defendant-cross appellant Nissan North America, Inc. ERIC W. SCHWEIBENZ, Oblon, Spivak, McClelland, Maier & Neustadt, LLP, Alexandria, VA, for plaintiff-cross appellant Toyota Motor Sales, U.S.A., Inc. Also represented by RICHARD D. KELLY, ROBERT CARTER MATTSON.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* MOORE and O'MALLEY, *Circuit Judges*).
### AFFIRMED. *See* Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

| February 18, 2015 | /s/ Daniel E. O'Toole |
| Date | Daniel E. O'Toole |
| | Clerk of Court |